UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| ZAKARIYA ABDIKARIM, | Case No. 24-cv-3673 (LMP/LIB) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| MEGASTORAGE FARGO MOORHEAD, | |
| Defendant. | |

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Leo I. Brisbois, entered November 19, 2024. ECF No. 5. The R&R recommends dismissing without prejudice Plaintiff Zakariya Abdikarim's complaint for failure to prosecute. *Id.* Neither party objects to the R&R, *see* Fed. R. Civ. P. 72(b)(2), so the Court reviews it for clear error, *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996) (per curiam).

On September 16, 2024, Abdikarim filed his complaint (ECF No. 1) and an Application to Proceed in District Court Without Prepaying Fees or Costs ("IFP Application") (ECF No. 2). Magistrate Judge Brisbois denied Abdikarim's IFP Application on October 2, 2024, and notified Abdikarim that his complaint would be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b) if he did not pay the filing fee for this matter by November 4, 2024. ECF No. 3. Abdikarim did not pay the filing fee before the deadline passed and, in fact, has not communicated with the Court since filing his complaint. ECF No. 5 at 1. Thus, the R&R concludes that Abdikarim's

complaint should be dismissed. *Id.* The Court finds no error in the R&R and, in the absence of any objections, adopts the R&R in full.

## ORDER

Based on the foregoing, and on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED THAT**:

1. The Report and Recommendation (ECF No. 5) is **ADOPTED IN FULL**; and

2. Abdikarim's complaint (ECF No. 1) is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: January 2, 2025                    *s/Laura M. Provinzino*
                                          Laura M. Provinzino
                                          United States District Judge